■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RODERICK LANCASTER, Appellant. [725 NYS2d 857] —Appeal by the defendant from a judgment of the County Court, Dutchess County (Dolan, J.), rendered June 22, 2000, convicting him of attempted rape in the first degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (*see, Anders v California,* 386 US 738; *People v Paige,* 54 AD2d 631; *cf., People v Gonzalez,* 47 NY2d 606). O'Brien, J. P., Krausman, Goldstein, Schmidt and Crane, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LIU CHIN YANG, True Name CHI YANG LIU, Appellant. [725 NYS2d 855] —Appeal by the defendant from a judgment of the Supreme Court, Queens County (Robinson, J., at trial and sentence), rendered October 29, 1998, convicting him of robbery in the second degree and criminal possession of stolen property in the fifth degree, upon a jury verdict, and imposing sentence. The appeal brings up for review the denial, after a hearing (Rotker, J.), of that branch of the defendant's omnibus motion which was to suppress identification testimony.

Ordered that the judgment is affirmed.

Contrary to the defendant's contention, the hearing court properly denied that branch of his motion which was to suppress identification testimony. The evidence at the suppression hearing established that the police had a reasonable suspicion to detain the defendant and the two codefendants, who fit the general description of the three men who robbed the complainant and who were found near the crime scene shortly after the crime occurred (*see, People v Ellison,* 222 AD2d 693, 694; *People v Crossen,* 269 AD2d 541). Ritter, J. P., Friedmann, Florio and H. Miller, JJ., concur.